# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Besix S.A. | ) ASBCA No. 59963 |
| | ) |
| Under Contract No. W912GB-12-C-0001 | ) |

APPEARANCE FOR THE APPELLANT:    Paul D. Reinsdorf, Esq.
                                  Frankfurt/Main Germany

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                  Nancy van Noortwijk-Sommer, Esq.
                                  Brett R. Howard, Esq.
                                  Jay Aldridge, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Europe

## ORDER DISMISSING WITH PREJUDICE

Pursuant to the request of the parties in appellant's "STIPULATION OF SETTLEMENT," dated 21 September 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated:  22 September 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59963, Appeal of Besix S.A., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals